# Certificate of Nomination



Secretary of State or State Board of Elections,
State of **Ohio**

We do hereby certify that at a National Convention of Delegates representing the Libertarian Party of the United States, duly held and convened in Denver, Colorado, on the 23rd through the 26th days of May, 2008, the following persons were placed in nomination for offices to be held at the ensuing general election, November 4, 2008, viz:

| Title of Office to be Filled | Name of Candidate | Name of Party | Place of Residence of Candidate |
|---|---|---|---|
| President of the United States | **Bob Barr** | Libertarian | Smyrna, Georgia |
| Vice President of the United States | **Wayne A. Root** | Libertarian | Henderson, Nevada |

IN TESTIMONY WHEREOF, I have hereunto set my hand this _9th_ day of _June_, 2008.

Permanent Address of
Chair of Convention:
Leesburg, Virginia

_____
Chair of the Libertarian National Committee, 2008

**William Redpath**, being duly sworn that he was the presiding chair of the convention of delegates mentioned and described in the foregoing certificate and that the said Robert W. Sullentrup, Jr. was the secretary of such convention, and that said certificate and statements therein contained are true to the best of his information and belief.

State of Va., County of Fairfax
Subscribed and sworn to before me
this _9th_ day of _June_, 2008

_____
Notary Public

KATHLEEN D. GUGLIUZZA
Notary Public
Commonwealth of Virginia
284985
My Commission Expires Aug 31, 2011

IN TESTIMONY WHEREOF, I have hereunto set my hand this _6_ day of _Jun_, 2008.

Permanent Address of
Secretary of Convention:
St. Charles, Missouri

_____
Secretary of the Libertarian National Committee, 2008

**Robert W. Sullentrup, Jr.**, being duly sworn that he was the presiding secretary of the convention of delegates mentioned and described in the foregoing certificate and that the said William Redpath was the chairman of such convention, and that said certificate and statements therein contained are true to the best of his information and belief.

Subscribed and sworn to before me
this _06_ day of _June_, 2008

_____
Notary Public

DAVID L. WASHINGTON
My Commission Expires
October 28, 2011
St. Louis County
Commission #07324906