IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF OHIO, et al., <br>     Plaintiffs, <br><br> v. <br><br> JENNIFER BRUNNER, <br> Ohio Secretary of State, <br> in her official capacity, <br><br>     Defendant. | Case No. 08-555 <br><br> Judge Sargus <br><br> Magistrate Judge King |

### PLAINTIFF-MARGARET A. LEECH'S DECLARATION
(pursuant to 28 U.S.C. § 1746)

I, Margaret A. Leech, hereby declare under penalty of perjury that the following are true and correct to the best of my knowledge and belief:

1. I am above the age of 18 and a resident of Miami Township in Clermont County, Ohio.

2. I seek to be listed on Ohio's November 4, 2008 general election ballot as the Libertarian Party of Ohio's candidate for State Senator for the 14th senate district.

3. I was nominated for the office on February 23, 2008 at the LPO's convention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/14/2008__.

_Margaret A. Leech_ (signature)
Margaret A. Leech