IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF OHIO, et al.,<br>Plaintiffs,<br><br>v.<br><br>JENNIFER BRUNNER,<br>Ohio Secretary of State,<br>in her official capacity,<br><br>Defendant. | Case No. 08-555<br><br>Judge Sargus<br><br>Magistrate Judge King |

## PLAINTIFF-LIBERTARIAN PARTY OF OHIO'S DECLARATION
(pursuant to 28 U.S.C. § 1746)

I, Kevin Knedler, hereby declare under penalty of perjury that the following are true and correct to the best of my knowledge and belief:

1. I am above the age of 18 and a resident of Concord, in Delaware County, Ohio.

2. I am the chair of the Plaintiff-Libertarian Party of Ohio (LPO), and am authorized to speak on its behalf.

3. LPO is an affiliation of voters in Ohio formed for the purpose of influencing public policy.

4. LPO was founded in 1972 and is the Ohio affiliate of the national Libertarian Party.

5. LPO supports and runs candidates for public office and disseminates its views on public policy through these candidates' campaigns.

6. LPO seeks to become a minor political party in Ohio pursuant to ORC § 3501.01(F)(3).

.

7. On February 23, 2008, LPO held a convention at which Plaintiffs-Mark Noble and -Margaret A. Leech were nominated as candidates for Ohio's 15th congressional district and Ohio's 14th senate district, respectively.

8. On March 3, 2008, LPO filed with Defendant-Brunner a petition containing 6,545 signatures in an attempt to qualify the LPO as a minor political party in Ohio—one that could run candidates for public office during the 2008 general election.

9. By letter dated May 22, 2008, Defendant-Brunner denied the LPO minor party status in Ohio.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-14-2008

_____
Kevin Knedler

06/15/2008 16:38 6147661379 STAPLES 403 PAGE 04/07