IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LIBERTARIAN PARTY OF OHIO, et al., Plaintiffs, | ) ) ) ) | Case No. 08-555 |
| v. | ) ) ) | Judge Sargus |
| JENNIFER BRUNNER, Ohio Secretary of State, in her official capacity, Defendant. | ) ) ) ) ) ) | Magistrate Judge King |

## PLAINTIFF-MARK NOBLE'S DECLARATION
(pursuant to 28 U.S.C. § 1746)

I, Mark Noble, hereby declare under penalty of perjury that the following are true and correct to the best of my knowledge and belief:

1. I am above the age of 18 and a resident of Columbus in Franklin County, Ohio.

2. I seek to run as the Libertarian Party of Ohio's candidate for Ohio's 15th congressional district in the 2008 general election.

3. I was nominated for the office on February 23, 2008 at the LPO's convention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-14-2008  .

_____
Mark Noble