UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LIBERTARIAN PARTY OF OHIO,
KEVIN KNEDLER, BOB BARR,
WAYNE A. ROOT, MARK NOBLE
and MARGARET A. LEECH,

      Plaintiffs,

v.

JENNIFER BRUNNER, in her
Official Capacity as Ohio Secretary
of State,

      Defendant.

Case No. 08-555

JUDGE SARGUS

MAGISTRATE JUDGE KING

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, by and through counsel, move the Court for a preliminary injunction (1) directing defendant to grant plaintiffs access to the November 4, 2008 general election ballot and (2) prohibiting defendant from enforcing the restrictions on ballot access set forth in defendant's Directive 2007-09, issued on May 21, 2007.

A memorandum in support of plaintiffs' motion is being filed herewith.

Dated: June 16, 2008

1

Respectfully submitted,

Gary Sinawski
180 Montague Street 26th Floor
Brooklyn, NY 11201
Telephone: (516) 971-7783
Telefax: (212) 581-1516
E-mail: gsinawski@aol.com


s/*Mark R. Brown*
Mark R. Brown, Trial Counsel
Ohio Registration No. 0081941
303 East Broad Street
Columbus, OH 43215
Telephone: (614) 236-6590
Telefax: (614) 236-6956
E-mail: mbrown@law.capital.edu

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that the foregoing was e-mailed to Richard Coglianese, counsel for Defendant, and by the Court's electronic filing system this 16th day of June, 2008.


/s/ *Mark R. Brown*

2