STATE OF OHIO          )
                       )   SS.
FRANKLIN COUNTY        )

### AFFIDAVIT OF PATRICIA WOLFE

I, Patricia Wolfe, having been duly sworn and cautioned according to law, hereby state that I am over the age of eighteen years and am competent to testify to the facts set forth below based upon my personal knowledge.

1. I serve as Elections Administrator in the office of Ohio Secretary of State Jennifer Brunner.

2. I have been employed by the office of the secretary of state for approximately fifteen years.

3. I served as Elections Administrator in September and October 2007.

4. One of my job duties as Elections Administrator is supervising the processing of petitions for statewide issues, including referendum petitions, that are filed with the Ohio secretary of state.

5. Processing referendum petitions includes sending the petitions to the Ohio county boards of elections for the boards to verify the signatures and receiving the results back from the boards.

6. The referendum petition regarding Sub. S.B. 16 was filed with the Ohio secretary of state on September 3, 2007.

7. Of the 383,639 signatures contained in the September 3, 2007 filing, 125,346 signatures were determined to be valid.

8. The referendum petitioners filed supplemental signatures on October 5, 2007.

9. Of the 229,319 signatures contained in the October 5, 2007 supplemental filing, 51,958 were determined to be valid.

10. The total number of referendum petition signatures from both filings was 612,958, and of that number, 177,304 were determined to be valid.

11. The Ohio secretary of state projects that 80% of all registered Ohio voters will cast ballots in the November 2008 general election.

FURTHER AFFIANT SAYETH NAUGHT.

*Patricia Wolfe*
Patricia Wolfe

Sworn and subscribed before me this 30th day of June, 2008.

*Brian E. Shinn*
Notary Public

BRIAN E. SHINN
ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
My commission has no expiration date.
Section 147.03 R.C.