

# 2008 PRESIDENTIAL PRIMARY DATES
# AND CANDIDATE FILING DEADLINES FOR BALLOT ACCESS

(Data as of 2/29/08)

Note: Dates Subject to Change / **S** Indicates Senate Election / General Election Date 11/4/08

Establishing the date for a Presidential primary, and determining the type of Presidential primary held, varies from state to state.  This is due to differences in state statutes, party constitutions, party rules and regulations, party by-laws, and delegate selection plans.  In some states, a caucus and/or convention may be held instead of a Presidential primary election.  Other states may use a combination of both caucuses and primaries for delegate selection.  This state-by-state variation should be kept in mind when examining this listing of dates for the 2008 Presidential primaries.  Questions concerning a state's primary election procedure should be addressed to the state's Election Director.  **The dates listed are tentative and subject to change.**

| STATE | PRESIDENTIAL PRIMARY DATE | PRESIDENTIAL CAUCUS DATE | FILING DEADLINE FOR PRIMARY BALLOT ACCESS | INDEPENDENT[1] FILING DEADLINE FOR GENERAL ELECTION |
|---|---|---|---|---|
| Alabama | 2/5 | | 11/7 | 9/6 |
| Alaska | | 2/5 | n/a | 8/6 |
| American Samoa | | 2/23 (Republicans) 2/5 (Democrats) | n/a | n/a |
| Arizona | 2/5 | | 12/17 5pm | 6/4 5pm |
| Arkansas | 2/5 | | 11/19 Noon | 8/4 |
| California | 2/5 | | 12/4 (Democrats) 11/23 (Other Parties) | 8/8 |
| Colorado | | 2/5 | n/a | 6/17 3pm |
| Connecticut | 2/5 | | 12/17 4pm | 8/6 |
| Delaware | 2/5 | | 12/10 | 7/25 (Independent) 9/1 (Third/Minor) |
| D.C. | 2/12 | | 12/14 5pm | 8/27 |
| Florida | 1/29 | | 10/31 | 7/15 |
| Georgia | 2/5 | | 11/1 | 7/15 |
| Guam | | 3/8 (Republicans) 5/3 (Democrats) | n/a | n/a |
| Hawaii | | 2/19 (Democrats) 1/25-2/7 (Republicans) | n/a | 9/5 4:30pm |
| Idaho | 5/27 | 2/5 (Democrats) | 3/21 | 3/21 |
| Illinois | 2/5 | | 11/5 (Democrats, Greens) 12/5 (Republicans) | 6/23 |
| Indiana | 5/6 | | 2/22 Noon | 6/30 Noon |
| Iowa | | 1/3 | n/a | 8/15 |
| Kansas | | 2/5 (Democrats) 2/9 (Republicans) | n/a | 8/4 Noon (Independent) |
| Kentucky | 5/20 | | 1/29 4pm | 9/5 4pm |
| Louisiana | 2/9 | | 12/14 | 9/2 |
| Maine | | 2/1 (Republicans) 2/10 (Democrats) | n/a | 8/15 5pm |
| Maryland | 2/12 | | 12/3 | 7/1 |
| Massachusetts | 2/5 | | 12/6 | 8/26 |
| Michigan | 1/15 | | 10/23 4pm | 7/17 (Independent) |
| Minnesota | | 2/5 | n/a | 9/9 |
| Mississippi | 3/11 | | 1/14 | 9/5 |



# 2008 PRESIDENTIAL PRIMARY DATES
## AND CANDIDATE FILING DEADLINES FOR BALLOT ACCESS
(Data as of 2/29/08)
Note: Dates Subject to Change / **S** Indicates Senate Election / General Election Date 11/4/08

| STATE | PRESIDENTIAL PRIMARY DATE | PRESIDENTIAL CAUCUS DATE | FILING DEADLINE FOR PRIMARY BALLOT ACCESS | INDEPENDENT [1] FILING DEADLINE FOR GENERAL ELECTION |
|---|---|---|---|---|
| Missouri | 2/5 | | 11/20 | 7/28 5pm |
| Montana | 6/3 | | 3/20 | 8/20 |
| Nebraska | 5/13 | 2/9 (Democrats) | 3/13 | 9/1 (Independent) 9/4 (Third/Minor) |
| Nevada | | 1/19 | n/a | 4/11 |
| New Hampshire | 1/8 | | 11/2 | 6/13 |
| New Jersey | 2/5 | | 12/10 | 7/28 |
| New Mexico | 6/3 (Republicans) | 2/5 (Democrats) | 3/14 | 6/4 (Independent) 6/24 (Third/Minor) |
| New York | 2/5 | | 12/6 | 8/19 |
| North Carolina | 5/6 | | n/a | 6/1 Third/Minor 6/27 Independent |
| North Dakota | | 2/5 | n/a | 9/5 4pm |
| Ohio | 3/4 | | 1/4 | 8/21 (Independent) |
| Oklahoma | 2/5 | | 12/5 | 7/15 |
| Oregon | 5/20 | | 3/11 | 8/26 |
| Pennsylvania | 4/22 | | 2/12 | 8/1 |
| Puerto Rico | | 2/24 (Republicans) 6/1 (Democrats) | n/a | n/a |
| Rhode Island | 3/4 | | 12/7 | 6/25 |
| South Carolina | 1/19 (Republicans) 1/26 (Democrats) | | 11/1 Noon | 7/15 Noon (Independent) |
| South Dakota | 6/3 | | 3/25 | 8/5 |
| Tennessee | 2/5 | | 12/4 | 8/21 Noon (Independent) |
| Texas | 3/4 | | 1/2 | 5/8 (Independent) |
| Utah | 2/5 | | 10/15 | 3/17 |
| Vermont | 3/4 | | 1/21 | 9/12 |
| Virginia | 2/12 | | 12/14 5pm | 8/22 Noon |
| Virgin Islands | | 2/9 (Democrats) 4/5 (Republicans) | n/a | n/a |
| Washington | 2/19 | | 12/21 | 8/2 |
| West Virginia | 5/13 | | 1/26 | 8/1 |
| Wisconsin | 2/19 | | 1/2 | 9/2 |
| Wyoming | | 1/5 (Republicans) 3/8 (Democrats) | n/a | 8/25 (Independent) |

**Notes:**

1. The column Independent Filing Deadline shows the date for the filing petitions by independent or third/minor party candidates.  This is a general reference date for use by the public and voters.  Candidates and others seeking specific information should contact the states for other deadlines that may need to be met.  For example, the petitions may have to be checked by officials prior to this date.  A declaration of candidacy may be due before the petitions are due.  New parties may have different deadlines.



# 2008 CONGRESSIONAL PRIMARY DATES
## AND CANDIDATE FILING DEADLINES FOR BALLOT ACCESS
(Data as of 2/29/08)
Note: Dates Subject to Change / **S** Indicates Senate Election / General Election Date 11/4/08

| STATE | | CONGRESSIONAL PRIMARY DATE | CONGRESSIONAL RUNOFF DATE | FILING DEADLINE FOR PRIMARY BALLOT ACCESS | INDEPENDENT[1] FILING DEADLINE FOR GENERAL ELECTION |
|---|---|---|---|---|---|
| Alabama | S | 6/3 | 7/15 | 4/4 | 6/3 |
| Alaska | S | 8/26 | | 6/2 | 8/26 |
| American Samoa | | 11/4 | | n/a | 9/1 |
| Arizona | | 9/2 | | 6/4 5pm | 6/4 5pm |
| Arkansas | S | 5/20 | 6/10 | 3/10 Noon | 5/1 |
| California | | 6/3 | | 3/7 | 8/8 |
| Colorado | S | 8/12 | | 5/29 | 6/17 3pm |
| Connecticut | | 8/12[2] | | 14th Day After Convention[2] | 8/6 |
| Delaware | S | 9/9 | | 7/25 | 7/25 (Independent) 9/1 (Third/Minor) |
| D.C. | | 9/9 | | 8/27 | 8/27 |
| Florida | | 8/26 | | 5/2 | 3/31 Noon |
| Georgia | S | 7/15 | 8/5 | 5/2 | 7/15 |
| Guam | | 9/6 | | 7/8 | TBA |
| Hawaii | | 9/20 | | 7/22 4:30pm | 7/22 4:30pm |
| Idaho | S | 5/27 | | 3/21 | 3/21 |
| Illinois | S | 2/5 | | 11/5 | 11/5 (Independent) 6/23 (Third/Minor) |
| Indiana | | 5/6[3] | | 2/22 Noon | 6/30 Noon |
| Iowa | S | 6/3 | | 3/14 | 8/15 |
| Kansas | S | 8/5[2] | | 6/10 Noon | 8/4 Noon (Independent) |
| Kentucky | S | 5/20 | | 1/29 4pm | 8/12 4pm |
| Louisiana | S | 9/6 | 10/4 | 7/11 | 6/11 |
| Maine | S | 6/10 | | 3/15 | 6/1 5pm |
| Maryland | | 2/12[2] | | 12/3 | 7/1 |
| Massachusetts | S | 9/16 | | 6/3 | 8/26 |
| Michigan | S | 8/5[2] | | 5/13 | 7/17 (Independent) |
| Minnesota | S | 9/9 | | 7/15 | 7/15 |
| Mississippi | S | 3/11 | 4/1 | 1/11 | 1/11 |
| Missouri | | 8/5 | | 3/25 | 7/28 5pm |
| Montana | S | 6/3 | | 3/20 | 3/20 |
| Nebraska | S | 5/13 | | 3/3 | 9/1 (Independent) 9/4 (Third/Minor) |
| Nevada | | 8/12 | | 5/16 | 4/11 |
| New Hampshire | S | 9/9 | | 6/13 | 6/13 |
| New Jersey | S | 6/3 | | 4/7 | 6/3 |
| New Mexico | S | 6/3 | | 2/12 | 6/4 (Independent) 6/24 (Third/Minor) |
| New York | | 9/9 | | 7/17 | 8/19 |



# 2008 CONGRESSIONAL PRIMARY DATES
## AND CANDIDATE FILING DEADLINES FOR BALLOT ACCESS
(Data as of 2/29/08)
Note: Dates Subject to Change / **S** Indicates Senate Election / General Election Date 11/4/08

| STATE | | CONGRESSIONAL PRIMARY DATE | CONGRESSIONAL RUNOFF DATE | FILING DEADLINE FOR PRIMARY BALLOT ACCESS | INDEPENDENT[1] FILING DEADLINE FOR GENERAL ELECTION |
|---|---|---|---|---|---|
| North Carolina | S | 5/6 | 6/24 | 2/29 | 6/1 Third/Minor 6/27 Independent |
| North Dakota | | 6/10 | | 4/11 4pm | 9/5 4pm |
| Ohio | | 3/4 | | 1/4 | 3/3 (Independent) |
| Oklahoma | S | 7/29 | 8/26 | 6/4 | 6/4 (Independent) |
| Oregon | S | 5/20[2] | | 3/11 | 8/26 |
| Pennsylvania | | 4/22 | | 2/12 | 8/1 |
| Puerto Rico | | 3/9 | | 8/1 | 8/1 |
| Rhode Island | S | 9/9 | | 6/25 | 6/25 |
| South Carolina | S | 6/10[2] | 6/24 | 3/31 Noon | 7/15 Noon (Independent) |
| South Dakota | S | 6/3 | 6/17 | 3/25 | 6/3 |
| Tennessee | S | 8/7 | | 4/3 Noon | 4/3 Noon |
| Texas | S | 3/4[4] | 4/8 | 1/2 | 5/8 (Independent) |
| Utah | | 6/24[2] | | 3/17 | 3/17 |
| Vermont | | 9/9 | | 7/21 | 9/12 |
| Virginia | S | 6/10[5] | | 4/11 | 6/10 7pm (Independent) |
| Virgin Islands | | 9/13 | | 8/11 | 8/4 |
| Washington | | 8/19 | | 6/6 | 5/17 |
| West Virginia | S | 5/13 | | 1/26 | 4/13 |
| Wisconsin | | 9/9 | | 7/8 | 7/8 |
| Wyoming | S | 8/19[6] | | 5/30 | 8/25 (Independent) |

**Notes:**

1. The column Independent Filing Deadline shows the date for the filing petitions by independent or third/minor party candidates. This is a general reference date for use by the public and voters. Candidates and others seeking specific information should contact the states for other deadlines that may need to be met. For example, the petitions may have to be checked by officials prior to this date. A declaration of candidacy may be due before the petitions are due. New parties may have different deadlines.
2. In Connecticut and Utah, conventions are held by the political parties prior to the primary. In other states (such as Kansas, Maryland, Michigan, Oregon, and South Carolina), it is possible that minor parties may schedule conventions to nominate candidates.
3. In Indiana, the Libertarian party convention date is 4/26/08.
4. In Texas, In Texas, the Libertarian party convention dates are 6/14/08 for the U.S. Senate nomination and 3/15/08 for U.S. House Districts 7, 16, 18, 20, 29, 30 and 32. The convention date is 3/22/08 for U.S. House Districts 1-6, 8-15, 17, 19, 21-28 and 31.
5. In Virginia, parties may choose to nominate by convention rather than by primary election. The deadline to notify the the State Board of Elections is 3/12/08. The Republican U.S. Senate nomination will be made by convention on 5/31/08.
6. Wyoming has two U.S. Senate seats up in 2008. One is for an unexpired term.

**Sources:** State Election Offices, Statutes, State Parties, and News Articles

**Compiled by:** Public Disclosure Division, Office of Communications, Federal Election Commission
800/424-9530 (option 2), or 202/694-1120



# 2008 PRESIDENTIAL AND CONGRESSIONAL PRIMARY DATES
## IN CHRONOLOGICAL ORDER
(Data as of 2/29/08)
Note: Dates Subject to Change / **S** Indicates Senate Election / General Election Date 11/4/08

| STATE | PRESIDENTIAL PRIMARY DATE | PRESIDENTIAL CAUCUS DATE | | STATE | CONGRESSIONAL PRIMARY DATE | CONGRESSIONAL RUNOFF DATE |
|---|---|---|---|---|---|---|
| Iowa | | 1/3 | S | Illinois | 2/5 | |
| Wyoming | | 1/5 (Republicans) | | Maryland | 2/12 | |
| New Hampshire | 1/8 | | | Ohio | 3/4 | |
| Michigan | 1/15 | | S | Texas | 3/4 | 4/8 |
| Nevada | | 1/19 | | Puerto Rico | 3/9 | |
| South Carolina | 1/19 (Republicans) | | S | Mississippi | 3/11 | 4/1 |
| South Carolina | 1/26 (Democrats) | | | Pennsylvania | 4/22 | |
| Florida | 1/29 | | | Indiana | 5/6 | |
| Maine | | 2/1 (Republicans) | S | North Carolina | 5/6 | 6/24 |
| Alabama | 2/5 | | S | Nebraska | 5/13 | |
| Alaska | | 2/5 | S | West Virginia | 5/13 | |
| American Samoa | | 2/5 (Democrats) | S | Kentucky | 5/20 | |
| Arizona | 2/5 | | S | Oregon | 5/20 | |
| Arkansas | 2/5 | | S | Arkansas | 5/20 | 6/10 |
| California | 2/5 | | S | Idaho | 5/27 | |
| Colorado | | 2/5 | | California | 6/3 | |
| Connecticut | 2/5 | | S | Iowa | 6/3 | |
| Delaware | 2/5 | | S | Montana | 6/3 | |
| Georgia | 2/5 | | S | New Jersey | 6/3 | |
| Idaho | | 2/5 (Democrats) | S | New Mexico | 6/3 | |
| Illinois | 2/5 | | S | South Dakota | 6/3 | 6/17 |
| Kansas | | 2/5 (Democrats) | S | Alabama | 6/3 | 7/15 |
| Massachusetts | 2/5 | | S | Maine | 6/10 | |
| Minnesota | | 2/5 | | North Dakota | 6/10 | |
| Missouri | 2/5 | | S | Virginia | 6/10 | |
| New Jersey | 2/5 | | S | South Carolina | 6/10 | 6/24 |
| New Mexico | | 2/5 (Democrats) | | Utah | 6/24 | |
| New York | 2/5 | | S | Georgia | 7/15 | 8/5 |
| North Dakota | | 2/5 | S | Oklahoma | 7/29 | 8/26 |
| Oklahoma | 2/5 | | S | Kansas | 8/5 | |
| Tennessee | 2/5 | | S | Michigan | 8/5 | |
| Utah | 2/5 | | | Missouri | 8/5 | |
| Hawaii | | 1/25-2/7 (Republicans) | S | Tennessee | 8/7 | |
| Kansas | | 2/9 (Republicans) | S | Colorado | 8/12 | |
| Louisiana | 2/9 | | | Connecticut | 8/12 | |
| Nebraska | | 2/9 (Democrats) | | Nevada | 8/12 | |
| Virgin Islands | | 2/9 (Democrats) | | Washington | 8/19 | |
| Maine | | 2/10 (Democrats) | S | Wyoming | 8/19 | |
| D.C. | 2/12 | | S | Alaska | 8/26 | |



# 2008 PRESIDENTIAL AND CONGRESSIONAL PRIMARY DATES
## IN CHRONOLOGICAL ORDER
(Data as of 2/29/08)
Note: Dates Subject to Change / **S** Indicates Senate Election / General Election Date 11/4/08

| STATE | PRESIDENTIAL PRIMARY DATE | PRESIDENTIAL CAUCUS DATE | | STATE | CONGRESSIONAL PRIMARY DATE | CONGRESSIONAL RUNOFF DATE |
|---|---|---|---|---|---|---|
| Maryland | 2/12 | | | Florida | 8/26 | |
| Virginia | 2/12 | | | Arizona | 9/2 | |
| Hawaii | | 2/19 (Democrats) | | Guam | 9/6 | |
| Washington | 2/19 | | S | Louisiana | 9/6 | 10/4 |
| Wisconsin | 2/19 | | S | Delaware | 9/9 | |
| American Samoa | | 2/23 (Republicans) | | D.C. | 9/9 | |
| Puerto Rico | | 2/24 (Republicans) | S | Minnesota | 9/9 | |
| Ohio | 3/4 | | S | New Hampshire | 9/9 | |
| Rhode Island | 3/4 | | | New York | 9/9 | |
| Texas | 3/4 | | S | Rhode Island | 9/9 | |
| Vermont | 3/4 | | | Vermont | 9/9 | |
| Guam | | 3/8 (Republicans) | | Wisconsin | 9/9 | |
| Wyoming | | 3/8 (Democrats) | | Virgin Islands | 9/13 | |
| Mississippi | 3/11 | | | | | |
| Virgin Islands | | 4/5 (Republicans) | S | Massachusetts | 9/16 | |
| Pennsylvania | 4/22 | | | Hawaii | 9/20 | |
| Guam | | 5/3 (Democrats) | | American Samoa | 11/4 | |
| Indiana | 5/6 | | | | | |
| North Carolina | 5/6 | | | | | |
| Nebraska | 5/13 | | | | | |
| West Virginia | 5/13 | | | | | |
| Kentucky | 5/20 | | | | | |
| Oregon | 5/20 | | | | | |
| Idaho | 5/27 | | | | | |
| Puerto Rico | | 6/1 (Democrats) | | | | |
| Montana | 6/3 | | | | | |
| South Dakota | 6/3 | | | | | |
| New Mexico | 6/3 (Republicans) | | | | | |

**Sources:** State Election Offices, Statutes, State Parties, and News Articles

**Compiled by:** Public Disclosure Division, Office of Communications, Federal Election Commission 800/424-9530 (option 2), or 202/694-1120