IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CYNTHIA McKINNEY, et al.,
    PLAINTIFFS,

v.

    CASE NO. C2-08-819
    JUDGE ALGENON L. MARBLEY
    MAGISTRATE JUDGE MARK R. ABEL

JENNIFER BRUNNER, in her
Official Capacity as Ohio
Secretary of State,
    DEFENDANT.


LIBERTARIAN PARTY OF OHIO, et al.,
    PLAINTIFFS,

v.

    CASE NO. C2-08-555
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE TERENCE P. KEMP

JENNIFER BRUNNER, in her
Official Capacity as Ohio
Secretary of State,
    DEFENDANT.

## ORDER

The Motion of Defendant, Jennifer Brunner, Secretary of State, to Consolidate (Doc. 5) in Case No. C2-08-819 and the Motion of Defendant, Jennifer Brunner, Secretary of State, to Consolidate (Doc. 25), in Case No. C2-08-55 are GRANTED.

Case No. C2-08-819 and Case No. C2-08-555 are hereby CONSOLIDATED and assigned to Judge Edmund A. Sargus, Jr.

IT IS SO ORDERED.

_____
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

_____ 9-2-2008
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE