# In The United States District Court
## For The Southern District of Ohio
## Eastern Division

**Brian Moore,** *et al.*,

    **Plaintiffs,**

    vs.                                     Case No. 2:08-cv-224

**Jennifer Brunner,**                      Judge Sargus

    **Defendant.**

## Consent Decree

This Consent Decree is made and entered into as of the 26th day of June, 2009 by and between Brian Moore, Stewart Alexander, Sociality Party USA, Deron Mikai, and Shery Sutter ("the Plaintiffs") and Secretary of State Jennifer Brunner ("the Defendant") (collectively known as "the parties").

**I.**    **Recitals**

    A.    Whereas, the Plaintiffs have brought suit against Secretary of State Brunner alleging that O.R.C. § 3503.06(A)'s ban on out-of-state circulators of candidates' petitions and its ban on unregistered voters circulating candidates' petitions violates the First and Fourteenth Amendments of the U.S. Constitution, the Privileges and Immunities Clause of Article IV § 2 of the U.S. Constitution, and the Dormant Commerce Clause of Article I § 8 of the U.S. Constitution; and

    B.    Whereas, the Plaintiffs have brought suit against the Defendant alleging that Ohio has not passed a new ballot access law since the Sixth Circuit struck down Ohio's law in *Libertarian Party of Ohio v. Blackwell*, 462 F.3d 579 (6th Cir. 2006); and

1

C. Whereas, the Plaintiffs have brought suit alleging that Defendant does not have the constitutional authority under Article II of the United States Constitution to fill this gap by the issuance of Directive 2007-09;

D. Whereas, the Plaintiffs have brought suit alleging that Defendant's Directive 2007-09 violates the First Amendment to the United States Constitution; and

E. Whereas, the Plaintiffs have sought and been granted preliminary injunctive relief enjoining enforcement of O.R.C. § 3503.06(A) as violating the First Amendment and Directive 2007-09 as violating the First Amendment and Article II of the Constitution; and

F. Whereas, the Secretary of State withdrew Directive 2007-09 and will not reissue it; and

G. Whereas, the Plaintiffs and Defendant have agreed to resolve this litigation in the manner set forth in this Consent Decree;

**NOW, THEREFORE**, the parties have resolved their differences in the manner set forth in this Consent Decree as follows:

**II. Requirements**

A. Defendant agrees that O.R.C. § 3503.06(A)'s residence and voter registration requirements for circulators of candidates' petitions are, together and/or separately, unconstitutional under the First Amendment;

B. Defendant agrees that she will not enforce O.R.C. § 3503.06(A)'s residence and/or registration requirements for circulators of candidates' petitions in the future;

C. Defendant on May 27, 2009 formally withdrew Directive 2007-09 so that is no longer has force and will not be enforced in the future;

D. In consideration of Defendant's agreements in paragraphs A., B., and C., above, and her entering into this Consent Decree, Plaintiffs agree to dismiss the above-styled Complaint with prejudice;

E. The parties agree that this Consent Decree will only become effective and binding if and when incorporated into a Final Judgment;

F. The parties agree that when this Consent Decree is incorporated into a Final Judgment, Plaintiffs will be entitled to their reasonable attorney's fees as prevailing parties in the above-styled action as that term is defined in 42 U.S.C. 1988(b);

G. The parties agree that when this Consent Decree is incorporated into a Final Judgment, Plaintiffs will within fourteen days file a motion for an award of costs under Rule 54 and attorney's fees under 42 U.S.C. § 1988(b) with the District Court.

Respectfully submitted,

*/s/ Mark R. Brown*

Mark R. Brown
303 E. Broad Street
Columbus, OH 43215
614-236-6590
614-236-6956 (Fax)
mbrown@law.capital.edu
Attorney for Plaintiffs

*/s/ Richard Coglianese*

Richard Coglianese
Deputy Ohio Attorney General
30 E. Broad Street
17th Floor
Columbus, OH 43215
614-466-2872
richard.coglianese@ohioattorneygeneral.gov
Attorney for Defendant

Entered as a Final Judgment by Order of the Court this _____ day of _____,

2009.


_____
The Honorable Edmund A. Sargus, Jr.
Judge, United States District Court for the Southern District of Ohio